IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | | | |
|---|---|---|---|
| Civil Action No. | 14-cv-02645-REB-MEH | Date: | December 9, 2014 |
| Courtroom Deputy: | Molly Davenport | FTR – Courtroom A501 | |

APEX MOBILITY TRANSPORTATION, LLC, ET AL
    Plaintiff,
                                                  Alan Thompson
                                                  Stephen KIapnik
v.

FIRST TRANSIT INC
    Defendant.                                      Michelle Gomez
                                                  Darren Nadel
                                                  William Trachman

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

**Court in session: 9:38 a.m.**

Court calls case. Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

Discussion held regarding discovery limits and the following Orders are entered:

Each side is limited to 15 depositions.
Each side is limited to 50 interrogatories.
Each side is limited to 25 requests for production of documents.
Each side is limited to 25 requests for admission.

**Joinder of Parties Deadline:**        **January 25, 2014**

**Discovery Deadline:**        **July 31, 2015**

**Dispositive Motion Deadline:**        **August 29, 2015**

**Initial Expert Disclosures Deadline:**        **June 2, 2015**

**Rebuttal Expert Disclosure Deadline:**        **July 1, 2015**

**Final Pretrial Conference:** **January 22, 2016 at 11:00 a.m.** before U.S. District Judge Robert E. Blackburn.

**TRIAL:**
A trial to a jury is set for February 8, 2016 at 8:30 a.m. before U.S. District Judge Robert E. Blackburn; estimated length of trial is ten (10) days.

IT IS ORDERED THAT [19] the Motion for Sanctions Under C.R.CP. 11 Colo Rev. Stats 13-17-102(4), and 28 U.S.C. 1927 by Defendant First Transit, Inc. is DENIED.

**Court in recess:   10:34 a.m.          (Hearing concluded)**
**Total time in Court:  0:36**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.