**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02645-REB-MEH

APEX MOBILITY TRANSPORTATION, LLC,
EZ CARE TRANSPORTATION, LLC,
ARAPAHOE TRANSPORTATION, LLC, f/k/a CHAD TRANSPORTATION, LLC,
LION TRANSPORTATION, LLC,
HEAVEN WHEELS TRANSPORTATION, LLC, Colorado limited liability companies, and
AA YELLOW SHUTTLE EXPRESS, INC., n/k/a BROADWAY EXPRESS, INC., a Colorado corporation,

      Plaintiffs,
v.

FIRST TRANSIT, INC.,

      Defendant.

**ORDER DENYING MOTION FOR MEDIATION**

**Blackburn, J.**

The matter is before me on the parties' **Joint Motion Requesting Mediation Before The Honorable Magistrate Judge Hegarty** [#35][1] filed May 15, 2015.  I deny the motion.

The parties have failed to demonstrate that a settlement conference can not be obtained without the involvement of a United States magistrate judge.  Absent such a showing, the motion must be denied.

**THEREFORE, IT IS ORDERED** that the parties' **Joint Motion Requesting Mediation Before The Honorable Magistrate Judge Hegarty** [#35] filed May 15, 2015 is **DENIED**.

Dated June 8, 2015, at Denver, Colorado.

                        **BY THE COURT:**

                        */s/ Bob Blackburn*
                        Robert E. Blackburn
                        United States District Judge

---

[1] "[#212]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.