IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02645-REB-MEH

APEX MOBILITY TRANSPORTATION, LLC,
EZ CARE TRANSPORTATION, LLC
ARAPHAHOE TRANSPORTATION, LLC, f/k/a Chad Transporation, LLC,
LION TRANSPORTATION, LLC,
HEAVEN WHEELS TRANSPORTATION, LLC, and
AA YELLOW SHUTTLE EXPRESS, INC., a/k/a Broadway Express, Inc.,

      Plaintiffs,

v.

FIRST TRANSIT, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 11, 2015.**

      Before the Court is the Joint Motion for Modification of the Scheduling Order [filed June 3, 2015; docket #40]. The Joint Motion is too vague regarding the future course of the case, particularly in light of Judge Blackburn's denial of the motion for settlement conference. I will work with parties to address any discovery or pleading issues and, if the parties demonstrate that they have been diligent in litigating this case, will address any needed extensions, including a possible recommendation concerning the trial date. For these reasons, the motion is **denied without prejudice**.