**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-02645-REB-MEH

APEX MOBILITY TRANSPORTATION, LLC,
EZ CARE TRANSPORTATION, LLC,
ARAPAHOE TRANSPORTATION, LLC,
    f/k/a Chad Transportation, LLC,
LION TRANSPORTATION, LLC,
HEAVEN WHEELS TRANSPORTATION, LLC, Colorado limited liability companies, and
AA YELLOW SHUTTLE EXPRESS INC,
    a/k/a Broadway Express, Inc., a Colorado corporation,

    Plaintiffs,

v.

FIRST TRANSIT INC, a Delaware corporation,

    Defendant.

## ORDER GRANTING REQUEST
## FOR EARLY NEUTRAL EVALUATION

**Blackburn, J.**

The matter is before me on the informal request of the Honorable Michael E. Hegarty, United States Magistrate Judge for the District of Colorado, to conduct an early neutral evaluation.  After reviewing the motion, the record (including the referral [#3][1] entered September 25, 2014[2]), and D.C.COLO.LCivR 16.6, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).

[2] The text entry Order Referring Case [#3] provides in relevant part: "On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation . . . ."

1.  That the informal request of the Honorable Michael E. Hegarty, United States Magistrate Judge for the District of Colorado, to conduct an early neutral evaluation is **GRANTED**;

2.  That this matter is referred to Magistrate Judge Hegarty to convene and conduct an early neutral evaluation; and

3.  That unless otherwise ordered, the parties shall contact the chambers of Magistrate Judge Hegarty at (303)844-4507 to schedule the early neutral evaluation.

Dated June 16, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge