**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02645-REB-MEH

APEX MOBILITY TRANSPORTATION, LLC,
EZ CARE TRANSPORTATION, LLC,
ARAPAHOE TRANSPORTATION, LLC,
LION TRANSPORTATION, LLC,
HEAVEN WHEELS TRANSPORTATION, LLC, Colorado limited liability companies, and
AA YELLOW SHUTTLE EXPRESS INC,
    a/k/a Broadway Express, Inc., a Colorado corporation,

    Plaintiffs,

v.

FIRST TRANSIT INC, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss the Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#48][1] filed October 1, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss the Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** is approved;

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

     2. That all pending pretrial deadlines are vacated;

     3. That the combined Final Pretrial Conference/Trial Preparation Conference set January 22, 2016, is vacated;

     4. That the jury trial set to commence February 8, 2016, is vacated; and

     5. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

     Dated October 2, 2015, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge